AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

V.

SHARON L. CROSS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  5:07-cr-563

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

__Frederick J. Scullin, Jr., Senior U.S. District Judge__
Name and Title of Judicial Officer

__December 4, 2008__
Date